# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Andres SOTO**<br>DOB: 1995; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-06149MJ |
| Complaint for violation of Title 18, United States Code, § 554 ||

On or about August 22, 2023, in the District of Arizona, **Andres SOTO** knowingly, intentionally and fraudulently attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a High-Point 9mm caliber pistol, 4 rounds of 9mm Luger Winchester Ammunition, one High-Point 9mm Luger Magazine, and two Glock switches, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On August 22, 2023, approximately 1840 hours, **Andres SOTO**, the driver and registered owner of a 2016 Kia Optima, Arizona License Plate OZA91M, and a passenger attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry (POE) in Nogales, Arizona. Customs and Border Protection Officers (CBPO), while conducting (Contraband Enforcement Team) CET outbound operations, initiated a random stop on the vehicle. Immediately after the CBPO obtained a negative binding outbound customs declaration to include currency in excess of ten thousand dollars, firearms, and ammunition, both subjects displayed unnatural stiff postures while seated in the vehicle.

While the Primary CBPO was attempting to gain further information, **SOTO** answered back with a low tone, slurred speech, and lack of eye contact. The CBPO then referred the vehicle to secondary for further inspection. CBPO's then conducted a pat down search for officer safety, to which **SOTO** refused to widen the stance of his feet for the CBPO. While searching **SOTO**, CBPO's felt a hard object on the right side of **SOTO's** front pocket. The CBPO stated that it felt like a solid, unnatural, heavy object braced up against **SOTO's** inner right thigh. CBPO's finished conducting the search of **SOTO** which yielded a High-Point 9mm caliber pistol (Serial Number P1239090), 4 rounds of 9mm Luger Winchester ammunition, one High-Point 9mm Luger Magazine, and two Glock switches.

The firearm, ammunition and magazine are items that are listed on the United States Commerce Control List and as such, require a license to export from the United States into Mexico.   At the time of his arrest, **SOTO** did not have in his possession a license to export.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *A. Aguilar*___<br>*Digitally signed by ARTURO AGUILAR Date: 2023.08.23 11:04:35 -07'00'* | SIGNATURE OF COMPLAINANT<br>KELSEY L CARLSON *Digitally signed by KELSEY L CARLSON Date: 2023.08.23 10:40:08 -07'00'*<br><br>OFFICIAL TITLE<br>HSI Special Agent Kelsey L. Carlson |
|---|---|
| **Sworn by telephone  x__** ||
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Lynnette C. Kimmins* | DATE<br>August 23, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54 Case 4:23-cr-01451-JAS-MSA   Document 1   Filed 08/23/23   Page 2 of 2

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**   23-06149MJ



